FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2020

No. 04-19-00781-CV

Ernest **BUSTOS**,
Appellant

v.

**BEXAR APPRAISAL DISTRICT, ET AL.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16392
Honorable Aaron Haas, Judge Presiding

## **O R D E R**

On August 11, 2020, we sent appellee Bexar County Appraisal Review Board ("ARB") a notice that its brief had not been timely filed. On August 21, 2020, ARB responded by letter, requesting an extension of time to file its brief. ARB's request is GRANTED. ARB's brief is due to be filed on or before August 31, 2020.

ARB states in its letter that it has substituted counsel. If any of ARB's counsel of record wish to withdraw, counsel must file a motion to withdraw in accordance with Rule 6.5 of the Texas Rules of Appellate Procedure.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court